CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

6/30/2017

JULIA C. DUDLEY, CLERK
BY:   S. Taylor
DEPUTY CLERK

For Clerk's Office Use

| Judge | Recd Date | Grv. |
|-------|-----------|------|
| J     |           |      |

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**

**INMATE NAME:** Bobby m. Nicholson Jr.

**PRISONER NO.:** #1103269

**PLACE OF CONFINEMENT:** marion Corr. Treatment Center

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

Bobby maurice Nicholson Jr
Enter Full Name        Plaintiff

VS.

V.A. D.O.C.
T.S.I Prism Software Technology Company
Enter Full Name(s)        Defendant(s)

**CIVIL ACTION NO.** 7:17cv00309

A.   Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

_____ Yes        ✓ No

B.   If your answer to A is Yes, describe the action in the space below.

1.   Parties to the Action:   None

2.   Court:   None

3.   Docket No.: _____

4.   Judge: _____

5.   Disposition: _____

(For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C.   Have you filed any grievances regarding the facts of your complaint?

Yes ✓        No _____

1.   If your answer is Yes, complete the enclosed verified statement, indicating the result.   Please attach evidence of your exhaustion of all available grievance procedures.
Never answear them

2.   If your answer is No, indicate the reason for failure to exhaust on the verified statement.   You may be required to exhaust your claims through any applicable grievance procedures.   Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

*"* Claim *"*

Invasion of Privacy
Humane Rights Violation

D.  Statement of Claim - State here briefly the facts of your case. Describe what action(s) each defendant took in violation of your constitutional rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. Use as much space as needed. You may attach extra paper if necessary.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law.

On January 10, 2012 Dental unite at S.X.S.P. Put the "Digestible Radio Frequency Identification micro Chips" three of them inside of me without

Claim #2 - Supporting Facts - Tell your story briefly without citing cases or law.

my consent Volating my ethical Rights then putting them in my medical Records on 5-16-13 ^tying to cover up volating my Ethical Rights, and Privacy.  *as small metallic or calcific densities*

Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law.

with Putting the R.F.I.D. micro Chips inside of it been ago going invasion of my privacy by the T.S.I. Pr... m and V.A.D.O.C. by illegally monitoring me without my consent and still is today and will unite the micro chips tags are Removed. The Digestible chips are inside me.

E.  State what relief you seek from the Court. Make no legal arguments, cite no cases or statutes. other page

$25 billion dollar compensatory and punitive damage. Preliminary Injunction until the micro chips are Remove, to stop processing data information from the brain Chip.

SIGNED THIS ___9,___ DAY OF ___June___, 20_17_.

_(signature)_

(Signature of Each Plaintiff)

**VERIFICATION:**

I, _____, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: _6-9-17_   SIGNED: _(signature)_

"Invasion of Privasy"

The diestible R.F.I.D. micro Chips tags are a intrusion on my privacy being that they listen to my thought and all my ~~conversed~~ conversations. This is a gon going invasion of my privacy. Even if you was to dismiss my claim it will still be a humane rights violation and a invasion of my privacy the next day. your honor this is how serious my issue is. It is highly illegal, this is why the Director mr. Harold W. Clark have his staff tying to make it look as if I have a mental disorder, While all along he had me order to get X Rays because the company ~~req~~ request that everyone have them in there medical Records. I order a DVD for the A.C.L.U. Of V.A. that explain the intrusion on my privacy and you coald see that it is the united States with the T.S.I. Prism software technology company that is a monitoring me though the micro Chips every where I go and say and ~~think~~ think they Know at the Information Integration center and The ~~D~~ T.S. I. Prism office where they are monitoring me. The only way I could get my privacy back if I sue them to stop monitoring me though the R.F.I.D. micro Chip Tag, but I am aware that the one in my brain the most intrusion on my privacy may not be able to be taken out and this is why the Director don't want it in my medical Records as of the other two. I told the A.C.A U. to

1 OF 2

to forward the D.V.D. to you all courthouse. You will see complaint form, but all my ~~grievance~~ grievances never come back from the grievance office. I have never had a surgical procedure on my body in my life and everything else that one diest go to the stomach and out the butt, but the R.F.I.D. micro chips are trained to go into the body and brain as the D.V.D. will explain. mind you I never seen the D.V.D because the V.A. D.O.C. don't allow us to have the D.V.D. as of how. But to get a clear understanding Look up Stephen Harkin because he have the same destible chips in him. I try to give it a little while for the D.V.D. to get to you if it didn't I will order it again when I get some more money.

Thank You

By. Bobby m. wilson

2 of 2

Case 7:17-cv-00309-JPJ-RSB    Document 1    Filed 06/30/17    Page 5 of 5    Pageid#: 5

Bobby m. Nicholson Jr. # 1163289
marion corr. Treatment center
110 Wright street
marion, V.A. # 24354



Legal mail

clerk
U.S. District court western
District of Virginia
180 W. main street Room 104
Abingdon, V.A. # 24210

